UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

---

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 15-00790 |
| | : |
| | : REPORT OF TRUSTEE UNDER |
| LENNI D VINE | : BANKRUPTCY RULE 3011 AND |
| | SUBMISSION OF REMAINING |
| | : PROPERTY UNDER |
| DEBTORS. | 11 U.S.C. §347(a) |

---

COMES NOW, the undersigned Trustee, Albert C. Warford, and hereby Reports that all checks issued by him as such Trustee have been cashed by the bank upon which drawn, Except, the following check(s) remained uncashed after 90 days of issuance.

The following entity is entitled to the following remaining property of the estate paid into the Court pursuant to 11 U.S.C. §347(a):

Last Known
Name and Address                          Amount

LENNI D VINE                              $1,328.39
742 CIRCLE DRIVE
CONRAD IA 50621

WHEREFORE, said Trustee makes the above Report and submits herewith the above sums to the Clerk of Court.

Dated   4-8-16

Respectfully submitted,

Albert C. Warford #XXX-XX-6492
Chapter 13 Trustee
505 5th Avenue, Suite 520
Des Moines, IA  50309
(515) 283-2713

Albert C. Warford
STANDING CHAPTER 13 TRUSTEE
505 5TH AVE., SUITE 520
DES MOINES, IA 50309

13-228
718684

WELLS FARGO BANK IOWA
DES MOINES, IA 50309

| CLAIM NO. | DEBTOR'S NAME | VOID AFTER 90 DAYS | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|
| 899 | In RE D'VINE, LENNI | MO. 03  DAY 31  YEAR 2016 | 1500790 | **1,328.39*** |

CLASSIFICATION: REFUND

*****One Thousand Three Hundred Twenty Eight Dollars and 39/100*****

INTEREST PORTION: .00

BALANCE DUE AFTER THIS CHECK: 0.00

TO THE ORDER OF:
CLERK, US BANKRUPTCY COURT*****
110 E. COURT AVENUE, SUITE 300
DES MOINES, IA 50309-

MEMO

Albert C. Warford

THIS DOCUMENT INCLUDES A TRUE WATERMARK – HOLD AT LIGHT TO VIEW

⑈718684⑈ ⑆073000228⑆ 0084445576⑈

| CHECK NUMBER | DATE | CASE NUMBER |
|---|---|---|
| 718684 | 03/31/2016 | 1500790 |

Original Check: **716721**
Original Date: **12/18/2015**
Original Payee: **D'VINE, LENNI, 742 CIRCLE DRIVE, CONRAD, IA 50621**