**UNITED STATES BANKRUPTCY COURT**
Southern District of Iowa                    RECEIPT

| Case # 15-00790 CJ | Chapter 13 | # 000012467 - CC | | |
|---|---|---|---|---|
| Filed: 04/17/15 | Des Moines | 03:33 PM, April 11, 2016 | | |
| | | Code | Qty | Amount |
| Judge: Judge Jackwig | | UC | 1 | $1328.39 |
| Trustee: Albert C. Warford | | | | |
| Debtor(s): | | | | |
| Lenni Anne D&#039;VINE | | | | |

TOTAL PAID: $1328.39
From:  Albert C Warford
505 5th Avenue
Suite 520
Des Moines, IA 50309                    4